# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **CHARLES MICHAEL LEDFORD,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 1:21-cv-00233-MR |
| ) | | 1:19-cr-00060-MR-WCM-3 |
| vs. ) | | |
| ) | | |
| **UNITED STATES OF AMERICA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2021 Order.

August 28, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court